UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Martin Luther King, Jr. Federal Building
50 Walnut Street, 3rd floor
Newark, NJ 07102

*Order Filed on 01/20/2010 by Clerk U.S. Bankruptcy Court District of New Jersey*

In Re:

JASON A. SNEIDER

Case No.: 09-30468
Judge: Donald H. Steckroth

Chapter 13

## ORDER GRANTING APPLICATION FOR REFUND

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: 01/20/2010**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

Upon the Application filed by F. William LaVigne, counsel for creditors, Ron and Renee Harris, for a refund of the Adversary filing fee in the amount of $250.00, and for good cause shown, it is hereby

ORDERED that a refund of $250.00 for the filing of an Adversary Complaint, Adv. Case No. 10-1013, which was filed due to Court error, is hereby granted.

*Approved by Judge Donald H. Steckroth January 20, 2010*